**COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983**

Name TONEY          MARCELLUS     G.
     (Last)           (First)      (Initial)

C.S.P. - Folsom

Prisoner Number  F81986

Institutional Address  P.O. BOX 950, FOLSOM, CA. 95763

FILED
AUG 12 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MARCELLUS GERMAINE TONEY
(Enter the full name of plaintiff in this action.)

vs.

SAN FRANCISCO POLICE DEPT. et. al.

(Enter the full name of the defendant(s) in this action)

Case No. CV 08 3869 JSW (PR)
(To be provided by the Clerk of Court)

**COMPLAINT UNDER THE CIVIL RIGHTS ACT, Title 42 U.S.C § 1983**

E-filing

*[All questions on this complaint form must be answered in order for your action to proceed..]*

1. Exhaustion of Administrative Remedies.

   [**Note:** You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.]

   A. Place of present confinement  FOLSOM STATE PRISON

   B. Is there a grievance procedure in this institution?
      YES (✓)   NO ( )

   C. Did you present the facts in your complaint for review through the grievance procedure?
      YES ( )   NO (✓)

   D. If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue a certain level of appeal, explain why.

COMPLAINT                    - 1 -

1. Informal appeal _____ N/A _____

2. First formal level _____ N/A _____

3. Second formal level _____ N/A _____

4. Third formal level _____ N/A _____

E. Is the last level to which you appealed the highest level of appeal available to you?

YES ( )   NO (✓)

F. If you did not present your claim for review through the grievance procedure, explain why. MY CLAIM IS EXCESSIVE FORCE AND NOT A GRIEVANCE ISSUE. EXCESSIVE FORCE AND ASSAULT.

II. Parties.

A. Write your name and your present address. Do the same for additional plaintiffs, if any. FOLSOM STATE PRISON
MARCELLUS G. TONEY F81986
P.O. BOX 950
FOLSOM, CA. 95763

B. Write the full name of each defendant, his or her official position, and his or her place of employment.
AT PRESENT THE SAN FRANCISCO POLICE OFFICERS

COMPLAINT                                -2-

1. IDENTITIES ARE UNKNOWN BECAUSE I DON'T
2. REMEMBER ANY NAMES NOR DO I HAVE THE
3. POLICE REPORT OF ARRESTING OFFICER(S). I
4. HOPE FOR AN ORDER TO AMEND COMPLAINT.

III. Statement of Claim.

State here as briefly as possible the facts of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph.

ON UNKNOWN DATE IN AUGUST 2006 I WAS ASSAULTED BY SAN FRANCISCO POLICE OFFICERS IN SAN FRANCISCO. THERE WERE ATLEAST 4 OFFICERS WHO JUMPED ME. ONE HAD HIS FOOT ON MY NECK, ANOTHER HAD MY LEGS PINNED DOWN, AND I WAS ON MY STOMACH. I WAS HANDCUFFED VERY HARD IT CUT OFF CIRCULATION OF BLOOD TO MY HANDS. MY FINGERS WERE FORCED IN OPPOSITE DIRECTIONS WHILE CUFFED AND I WAS KICKED. I WAS THROWN HEAD FIRST INTO TRANSPORTATION VAN. ALL THE WHILE I WAS NOT COMBATIVE OR RESISTANT. I WAS TAKEN TO HOSPITAL AND NO CRIMINAL CHARGES WERE FILED.

IV. Relief.

Your complaint cannot go forward unless you request specific relief. State briefly exactly what you want the court to do for you. Make no legal arguments; cite no cases or statutes.

I SEEK MONETARY COMPENSATION FOR DAMAGES IN THE ASSAULT THAT RESULTED IN PERMANENT INJURY TO MY HAND, PUNITIVE DAMAGES

1 FOR PAIN AND SUFFERING, COST OF SUIT AND
2 ATTORNEY FEES, AND FOR COURTS TO
3 APPOINT COUNSEL ONCE IT HAS RENDERED
4 PLANTIFF HAS VALID CLAIM

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __7TH__ day of __AUGUST__, 20_08_

_____Marcellus Toney_____
(Plaintiff's signature)

COMPLAINT                          - 4 -