**FILED**

AUG 1 8 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

MARCELLUS G. TONEY )
                               Plaintiff, )

vs. )

SAN FRANCISCO POLICE )
DEPT. et. al. )
                         Defendant. )

CV 08 3869

CASE NO. _____

**PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS**

JSW

(PR)

I, <u>MARCELLUS TONEY</u>, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.    Are you presently employed? Yes ____ No __✓__

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

1   If the answer is "no," state the date of last employment and the amount of the gross and net

2   salary and wages per month which you received. (If you are imprisoned, specify the last

3   place of employment prior to imprisonment.)

4   <u>DOLLAR TREE STORES, INC.</u>

5   <u>OAKLAND, CA.</u>

6

7   2.   Have you received, within the past twelve (12) months, any money from any of the

8   following sources:

9      a.   Business, Profession or          Yes ____ No ✓

10        self employment

11      b.   Income from stocks, bonds,     Yes ____ No ✓

12        or royalties?

13      c.   Rent payments?            Yes ____ No ✓

14      d.   Pensions, annuities, or        Yes ____ No ✓

15        life insurance payments?

16      e.   Federal or State welfare payments,   Yes ____ No ✓

17        Social Security or other govern-

18        ment source?

19   If the answer is "yes" to any of the above, describe each source of money and state the amount

20   received from each.

21

22

23   3.   Are you married?               Yes ____ No ✓

24   Spouse's Full Name: _____

25   Spouse's Place of Employment: _____

26   Spouse's Monthly Salary, Wages or Income:

27   Gross $_____ Net $_____

28   4.   a.   List amount you contribute to your spouse's support: $_____

b.    List the persons other than your spouse who are dependent upon you for
support and indicate how much you contribute toward their support.  (NOTE:
For minor children, list only their initials and ages.  DO NOT INCLUDE
THEIR NAMES.).

_____  _____

_____

5.    Do you own or are you buying a home?              Yes ____ No _✓_

Estimated Market Value: $_____ Amount of Mortgage: $_____

6.    Do you own an automobile?                    Yes ____ No _✓_

Make _____  Year _____  Model _____

Is it financed? Yes _____ No _____ If so, Total due: $ _____

Monthly Payment: $ _____

7.    Do you have a bank account?  Yes ____ No _✓_ (Do not include account numbers.)

Name(s) and address(es) of bank: _____

_____

Present balance(s): $ _____

Do you own any cash? Yes ____ No _✓_ Amount: $ _____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated
market value.)   Yes ____ No _✓_

_____

8.    What are your monthly expenses?

Rent: $ _____  Utilities: _____

Food: $ _____  Clothing: _____

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |

1  9.    Do you have any other debts? (List current obligations, indicating amounts and to

2  whom they are payable.  Do not include account numbers.)

3  _____

4  _____

5  10.    Does the complaint which you are seeking to file raise claims that have been presented

6  in other lawsuits?   Yes ____  No ✓

7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in

8  which they were filed.

9  _____

10  _____

11        I consent to prison officials withdrawing from my trust account and paying to the court

12  the initial partial filing fee and all installment payments required by the court.

13        I declare under the penalty of perjury that the foregoing is true and correct and

14  understand that a false statement herein may result in the dismissal of my claims.

15

16  *8 - 7 - 08*                        *Marcellus Foney*

17        DATE                         SIGNATURE OF APPLICANT

18

19

20

21

22

23

24

25

26

27

28

IS. APP. TO PROC. IN FORMA PAUPERIS                - 4 -

1

2    **Case Number:** _____

3

4

5

6

7

8                              **CERTIFICATE OF FUNDS**

9                                         **IN**

10                              **PRISONER'S ACCOUNT**

11

12    I certify that attached hereto is a true and correct copy of the prisoner's trust account

13    statement showing transactions of _____ for the last six months

14    _Folsom Prison_          [prisoner name]
                                     where (s)he is confined.
              [name of institution]

15    I further certify that the average deposits each month to this prisoner's account for the

16    most recent 6-month period were $ _____ and the average balance in the prisoner's

17    account each month for the most recent 6-month period was $ _____ .

18

19    Dated: _7/30/08_                    _Maureen C. Dames_
                                          [Authorized officer of the institution]

20

21

22

23

24

25

26

27

28

- 5 -

REPORT ID: TS3030  .701

REPORT DATE: 07/30/08
PAGE NO:    1

CALIFORNIA DEPARTMENT OF CORRECTIONS
CALIFORNIA STATE PRISON FOLSOM
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: JAN. 01, 2008 THRU JUL. 30, 2008

ACCOUNT NUMBER : F81986                          BED/CELL NUMBER: B5BBT100000008U
ACCOUNT NAME   : TONEY, MARCELLUS                    ACCOUNT TYPE: I
PRIVILEGE GROUP: A

TRUST ACCOUNT ACTIVITY

*  THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT  *
*  IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.        *

<< NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

CURRENT
AVAILABLE
BALANCE
------------
0.00
------------

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 7/30/08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY
TRUST OFFICE