1

2

3

4

5

6

7

8

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10

11

12

13

MARCELLUS GERMAINE TONEY, )   No. C 08-3869 JSW (PR)
                         )
        Plaintiff,       )
                         )
   v.                    )   **JUDGMENT**
                         )
SAN FRANCISCO POLICE     )
DEPARTMENT,              )
                         )
        Defendants.      )

14

15         An order of judgment is hereby entered DISMISSING this civil rights action

16  without prejudice for failure to prosecute and to comply with the Court's order.

17         IT IS SO ORDERED.

18  DATED: May 26, 2009

19                                          _____
                                            JEFFREY S. WHITE
20                                          United States District Judge

21

22

23

24

25

26

27

28

1        UNITED STATES DISTRICT COURT

2                    FOR THE

3        NORTHERN DISTRICT OF CALIFORNIA

4

5

6    MARCELLUS GERMAINE TONEY,                  Case Number: CV08-03869 JSW

             Plaintiff,
7                                          **CERTIFICATE OF SERVICE**

        v.
8

9    SAN FRANCISCO POLICE DEPARTMENT
     et al,

10           Defendant.
                                                              /
11

12   I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District
     Court, Northern District of California.
13
     That on May 26, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said
14   copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing
     said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery
15   receptacle located in the Clerk's office.

16

17
     Marcellus Germaine Toney
18   F81986
     P.O. Box 950
19   Folsom, CA 95763

20   Dated: May 26, 2009
                                          *Jennifer Ottolini*
21                                        Richard W. Wieking, Clerk
                                          By: Jennifer Ottolini, Deputy Clerk
22

23

24

25

26

27

28